IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ISHMAEL HASSAN OBAMA
ADC #145160                                                                                    PLAINTIFF

v.                            CASE NO: 5:10CV00202 BSM/HDY

ANTONIO PRICE et al.                                                                      DEFENDANTS

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT

1.   Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to introduce sufficient evidence to create a fact issue to be submitted to a jury.

It is hereby certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 31st day of March, 2011.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE